**Order entered March 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00011-CR

**COURTNEY RAE THACKER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-82874-11**

## ORDER

The Court **GRANTS** court reporter Antoinette Varela's February 26, 2013 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Varela to file the reporter's record within **THIRTY DAYS** from the date of this order.

/s/    CAROLYN WRIGHT
       CHIEF JUSTICE